United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN FLYNN WILSON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>ANTHONY HEDGPETH, Warden of the Salinas Valley State Prison,<br><br>　　　　Respondent. | No. C 11-5335 SI<br><br>**JUDGMENT** |

The Court has denied the petition for a writ of habeas corpus.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 11, 2013

　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE