IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN FLYNN WILSON, | No. C 11-5335 SI |
| Petitioner, | **JUDGMENT** |
| v. | |
| ANTHONY HEDGPETH, Warden of the Salinas Valley State Prison, | |
| Respondent. | |

The Court has denied the petition for a writ of habeas corpus.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 11, 2013

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE